ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta

AUG 11 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| STEVEN EUGENE STREET | : | NO. 1 09-CR-369 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 17, 2005, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to World Changers Ministries that he was employed with the U.S. Department of State, in violation of Title 18, United States Code, Section 912.

## COUNT TWO

From on or about 2004 through at least 2008, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to J.F. that he worked for the U. S. State Department, in that he obtained employment with United Spirit, Inc. doing business as Cheersport, in violation of Title 18, United States Code, Section 912.

## COUNT THREE

In or about February 2008, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to Georgia Bureau of Investigation Special Agent F.M. that he worked for the State Department Diplomatic Protection and that he was assigned to work on a protection detail for the Secretary of State, in violation of Title 18, United States Code, Section 912.

## COUNT FOUR

In or about May 2008, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to T.H. that he was an employee of the U. S. State Department who had access to specialized training at the FBI, in violation of Title 18, United States Code, Section 912

## COUNT FIVE

In or about October 2008, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to S.M. that he was a federal agent for the Diplomatic Security for the Secretary of State, in violation of Title 18, United States Code, Section 912.

COUNT SIX

In or about January 2009, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to B.W. that he worked with the United States State Department, in violation of Title 18, United States Code, Section 912.

COUNT SEVEN

On or about April 18, 2009, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to a Fayetteville, Georgia Police Officer that he worked for Diplomatic Security, State Department after the police officer stopped a vehicle, that the defendant claimed, which contained a firearm, ammunition and SWAT type gear, in violation of Title 18, United States Code, Section 912.

COUNT EIGHT

In or about May 2009, in the Northern District of Georgia, the defendant, STEVEN EUGENE STREET, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is an employee of the United States State Department, and in such assumed and pretended character did act as such, in that he falsely stated to W.R.H. orally and in a written biography that he "currently serves with the Federal Government both domestically and abroad," in violation of Title 18, United States Code, Section 912.

A \_\_\_\_True\_\_\_\_ BILL

\_\_\_\_Arthur Snew\_\_\_\_
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

JOSEPH A. PLUMMER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6055
Georgia Bar No. 003006

5